# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIANNE MCKENNIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST DERM - BLACKHART, PLLC dba SKIN CANCER & DERMATOLOGY INSTITUTE, a Nevada professional limited liability company; MWD MANAGEMENT OF NEVADA LLC a/k/a MWD MANAGEMENT, LLC d/b/a UNITED DERM PARTNERS, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-02213-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Adrianne McKennie ("Plaintiff"), by and through her counsel, Greenberg Gross LLP, and Defendants Mountain West Derm - Blackhart, PLLC d/b/a Skin Cancer & Dermatology Institute and MWD Management, LLC d/b/a United Derm Partners (collectively, "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have up to and including **January 21, 2026**, in which to file their response to Plaintiff's Complaint (ECF No. 1) This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint on November 7, 2025. ECF No. 1.

2. Defendants were served with the Summons and Complaint on or about December 5,

1

2025. ECF Nos. 5-6.

3.      On January 7, 2026, Plaintiff filed a Notice of Intent to Take Default. ECF No. 7.

4.      Defendants' counsel was recently retained in this matter and is still in the process of investigating Plaintiff's allegations. As such, Defendants require additional time to complete their response to Plaintiff's Complaint.

5.      The Parties have agreed to extend the deadline for Defendants to file their response to Plaintiff's Complaint for Damages to **January 21, 2026**.

6.      This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint for Damages.

7.      The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8.      This Stipulation is made in good faith and not for the purpose of delay.

9.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 20th day of January, 2026.

GREENBERG GROSS LLP                          JACKSON LEWIS P.C.

/s/ Marian L. Massey                                  /s/ Joshua A. Sliker
Marian L. Massey, Bar # 14579            Joshua A. Sliker, Bar # 12493
1980 Festival Plaza Drive, Suite 730     300 S. Fourth St., Suite 900
Las Vegas, Nevada 89135                    Las Vegas, Nevada 89101

*Attorney for Plaintiff*                              *Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge
Dated: January 20, 2026

2