JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Adrianne McKennie*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADRIANNE MCKENNIE, an individual,

Plaintiff,

v.

MOUNTAIN WEST DERM - BLACKHART, PLLC dba SKIN CANCER & DERMATOLOGY INSTITUTE, a Nevada professional limited liability company; MWD MANAGEMENT OF NEVADA, LLC a/k/a MWD MANAGEMENT, LLC d/b/a UNITED DERM PARTNERS, a Delaware limited liability company,

Defendants.

Case No. 2:25-cv-02213-JAD-NJK

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by Plaintiff Adrienne McKennie ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants Mountain West Derm – Blackhart, PLLC., MWD Management of Nevada, LLC a/k/a/ MWD Management, LLC d/b/a United Derm Partners and Dermatology Institute ("Defendants"), by and through their counsel of record, Jackson Lewis P.C., that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 3, 2026

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey, Esq.*
JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Adrienne McKennie*

Dated: September 3, 2026

**JACKSON LEWIS, P.C.**

*/s/ Tenesa S. Powell, Esq.*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants Mountain West Derm – Blackhart, PLLC dba Skin Cancer & Dermatology Institute and MWD Management, LLC dba United Derm Partners*

**ORDER**

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 9/4/26